# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2020

160713 & (28)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Plaintiff-Appellant,

v

BENEBUILDING, LLC, SPARKLE, LLC,
d/b/a SYLVIA'S DRY CLEANING, M.G.M.
CLEANERS, INC., PETRIT KULLA,
LINDA  KULLA, ALBERT KULLA,
and FATIME KULLA,
      Defendants-Appellees.

SC:  160713
COA:  351305
Oakland CC:  2019-171413-CK

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 11, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2020



Clerk

p0114